IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARI S. SANDERS,

    Petitioner,

v.                                                               4:05cv289-WS

WARDEN M.L. RIVERA, et al.,

    Respondents.

_____

ORDER SUMMARILY DISMISSING PETITIONER'S
PETITION FOR WRIT OF HABEAS CORPUS

Before the court is the magistrate judge's report and recommendation docketed September 29, 2005. See Doc. 6. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be summarily dismissed as moot. The petitioner has filed no objections to the report and recommendation.

Upon review of the record, this court has determined that the magistrate judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 6) is hereby ADOPTED and incorporated by reference into this order.

2. Petitioner's petition for writ of habeas corpus (doc. 1) is hereby summarily DISMISSED as moot.

3. The clerk shall enter judgment accordingly.

DONE AND ORDERED this November 2, 2005.


    /s William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE